UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2160

2008 JUL 15 AM 10: 14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Fernando SALAZAR-Gallardo, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 14, 2008** within the Southern District of California, defendant, **Fernando SALAZAR-Gallardo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **JULY, 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Fernando SALAZAR-Gallardo**

## PROBABLE CAUSE STATEMENT

On July 14, 2008 Senior Patrol Agent T. Pacheco Jr., was performing uniformed line watch duties within the Chula Vista Border Patrol Station area of Responsibility. Agent Pacheco received a radio call from Border Patrol Agent J. Rich, an Infra-red Scope Operator, of a suspected illegal entrant alien in an area located approximately two miles east of the Otay Mesa, California, Port of Entry and 1/2 mile north of the United States/Mexico International Border.

Agent Pacheco responded to the area and after a brief search Agent Pacheco found an individual attempting to conceal himself in some brush. Agent Pacheco approached the individual and identified himself as a Border Patrol Agent, and questioned him as to his citizenship. The individual later identified as the defendant **Fernando SALAZAR-Gallardo,** admitted to being a citizen and national of Mexico without any immigration documents allowing him to legally be or remain in the United States. At approximately 1:30 am SALAZAR was arrested and transported to the Chula Vista station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 9, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.